IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MOLLIE L. WRIGHT**                                                                              **PLAINTIFF**

v.                              Case No. 1:16-cv-000106-KGB

**ARKANSAS STEEL ASSOCIATES, LLC**                                                **DEFENDANT**

**ORDER**

    Before the Court is the parties' stipulation for dismissal (Dkt. No. 21).  The parties jointly request that this Court dismiss with prejudice plaintiff Mollie L. Wright's claims against defendant Arkansas Steel Associates, LLC.  The stipulation provides that each party will bear his or its own costs and attorney's fees.  For good cause shown, the Court adopts the joint stipulation (Dkt. No. 21).  The action is dismissed with prejudice.

    So ordered this the 20th day of July, 2017.

_____
Kristine G. Baker
United States District Court Judge